

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

**ROBERT L. RATINO**
**JENNIFER L. RATINO**

Debtor(s).

_____/

Case No. 09-35270-BKC-EPK
Chapter 7



## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( XX ) The trustee has a balance of $38.87 remaining in her bank account which represents unpresented checks drawn and mailed to creditors of the above named debtor in accordance with Trustee's Notice of Final Dividends To Creditors. Your trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(  )  The trustee has a balance of $___ remaining in her bank account which represents small dividends as defined by FRBP 3010.

That there is attached and made a part of this Notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DATED: May 20, 2011

Deborah C. Menotte, Trustee

By: *Deborah C. Menotte*
Deborah C. Menotte, Trustee
P. O. Box 211087
West Palm Beach, FL 33421
(561) 795-9640

cc: Office of the U.S. Trustee

**ROBERT L. RATINO and JENNIFER L. RATINO, DEBTORS**
**Case No. 09-35270-BKC-EPK**

| Claim # | Claimant's Name & Address | Amount of Dividend |
|---|---|---|
| 4 | Jose Mateo<br>Infectious Disease Consultants<br>9750 NW 33rd St., #213<br>Pompano Beach, FL 33065 | $38.87 |